[No. 63855-6-I.   Division One.   November 23, 2009.]

ALLAN DEUTSCHER ET AL., *Respondents*, v. PIERCE COUNTY
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05271-6, Bryan E. Chushcoff, J., entered September 9, 2008. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Leach, J.

[No. 63860-2-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE MELODY
AQUINO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05587-0, Rosanne Buckner, J., entered September 26, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Lau, JJ.

[No. 63863-7-I.   Division One.   November 23, 2009.]

GARY FOX, *Appellant*, v. THE DEPARTMENT OF RETIREMENT
SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00744-5, Gary R. Tabor, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Dwyer, J. Now published at 154 Wn. App. 517.

[No. 63871-8-I.   Division One.   November 23, 2009.]

ROSEMARY SUTTON ET AL., *Plaintiffs*, v. MALIBU DEVELOPMENT
CORPORATION ET AL., *Defendants*, LAUREN L. ELLIS ET AL.,
*Appellants*, KITSAP CREDIT UNION, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02385-6, Leonard W. Costello, J., entered October 23, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ.